UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ACOSTA,<br><br>    Plaintiff,<br><br>    v.<br><br>ERIC SANTILLAN dba MR MANGO ANTOJITOS MEXICANOS; OLMAN AYALA, LLC, et al.,<br><br>    Defendants. | No. 1:18-cv-00506-DAD-SKO<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE<br><br>(Doc. 9) |

      On June 14, 2018, Plaintiff filed a Notice of Voluntary Dismissal of Entire Action, in which Plaintiff indicates the case has settled and notifies the Court of the dismissal of this action with prejudice. (Doc. 9.) Plaintiff filed this notice before the opposing parties served either an answer or a motion for summary judgment. As such, Plaintiff has voluntarily dismissed this matter with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). The Court therefore DIRECTS the Clerk to close this case.

IT IS SO ORDERED.

Dated:   **June 15, 2018**                 /s/ *Sheila K. Oberto*
                                                                                 UNITED STATES MAGISTRATE JUDGE